# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

*FILED DEC 26 2012*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORGE CARIAS-MAYORGA,<br><br>    Defendant. | CASE NO. 12-cr-04601-WQH<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

   8:1326(a) and (b) - Removed Alien Found in the United States (1)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/26/12

Jan M. Adler
U.S. Magistrate Judge